WASHINGTON ALDER LLC, a Washington limited liability company, Plaintiff–Appellee,

v.

WEYERHAEUSER COMPANY, a Washington corporation, Defendant–Appellant.

Washington Alder LLC, a Washington limited liability company, Plaintiff–Appellee,

v.

Weyerhaeuser Company, a Washington corporation, Defendant–Appellant.

Nos. 04–35717, 04–36125.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted * Nov. 16, 2005.

Submission Deferred Nov. 30, 2005.

Resubmitted May 21, 2007.

Filed May 31, 2007.

Glen McClendon, Esq., Roy Pulvers, Lindsay, Hart, Neil & Weigler, Albert J. Bannon, Esq., Bannon Mediation, LLC, Portland, OR, for Plaintiff–Appellee.

Thomas H. Tongue, Esq., Dunn Carney Allen Higgins & Tongue, Portland, OR, Joseph F. Tringali, Kevin J. Arquit, Esq., Simpson, Thacher and Bartlett, New York, N.Y., Fredricc C. Nelson, Esq., Thelen Reid & Priest LLP, San Francisco, CA, for Defendant–Appellant.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir R. 36–3.
** The Honorable Barry T. Moskowitz, United States District Judge for the Southern District of California, sitting by designation.

Before: KLEINFELD and GRABER, Circuit Judges, and MOSKOWITZ,** District Judge.

ORDER

The judgment of the district court is vacated and the case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court of the United States in *Weyerhaeuser Co. v. Ross–Simmons Hardwood Lumber Co.*[1] Costs on appeal are awarded in favor of Weyerhaeuser.

IT IS SO ORDERED.

1. *Weyerhaeuser Co. v. Ross–Simmons,* —— U.S. ——, 127 S.Ct. 1069, 166 L.Ed.2d 911 (2007).